IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMAS MIKO,<br><br>    *Plaintiff*,<br><br>v.<br><br>REPRESENTATIVE VERNON JONES,<br>in his individual and official capacities,<br>    *Defendant*. | CIVIL ACTION FILE<br>NO. 1-20-cv-02147-SDG |

## NOTICE OF FILING

Plaintiff TOMAS MIKO ("Plaintiff"), by and through his attorneys, gives notice to this Court of completed service of Complaint, Summons and Motion for Preliminary Injunction on Defendant Representative Vernon Jones ("Defendant") on November 28, 2020 by a certified process server. Plaintiff states further:

1. This Court issued an Order granting to Plaintiff until January 31, 2021 to complete service on Defendant Jones. [Dkt. 18.] At the time this Court entered that extension, Plaintiff had already initiated efforts to complete service on Mr. Jones but was compiling the documentation of that completed service.

2. Prior to the Court's December 1, 2020 Order Plaintiff hired an investigator/process server to locate and complete service on Defendant

Jones after a person matching Mr. Jones' description refused to present himself to receive service papers in August 2020.  See Dkt. 16-2, p. 2, ¶5-6.

3. On November 28, 2020, the process server located and served a person matching Defendant Jones' description and answering to that name.  See Exhibit 1, *Declaration of Doyle Pope*, ¶10.  The process server identifed Mr. Jones after completing significant preparations including, locating Mr. Jones' residence through public records, studying the physical characteristics of Mr. Jones through on-line images, and committing to memory his appearance, voice, and demeanor though on-line videos. *Id.* at ¶5-9.

4. Despite Defendant-Jones denying his identity to Mr. Pope, Mr. Pope confirmed that he had in fact served Mr. Jones with the Complaint, Summons and Motion for Preliminary Injunction. *Id.* at ¶11.

5. Mr. Pope submits a Declaration herein attached as Exhibit 1 supporting his basis for identifying Defendant when serving him.

6. Attached as Exhibit 2 is the executed summons signed by Mr. Pope as proof of service of the initial pleadings as directed by this Court in the December 1, 2020 Order.

Respectfully submitted this 15th day of January, 2021.

| | |
|---|---|
| */s/ Gerald Weber* | /s/ Craig Goodmark |
| Gerald Weber | Craig Goodmark |
| Georgia Bar No. 744878 | GA Bar No. 301428 |
| | |
| LAW OFFICES OF GERRY WEBER, LLC | GOODMARK LAW FIRM |
| Post Office Box 5391 | 1425 Dutch Valley Place Suite A |
| Atlanta, GA 31107 | Atlanta, GA  30324 |
| 404-522-0507 | 404-719-4848 |
| wgerryweber@gmail.com | cgoodmark@gmail.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMAS MIKO,<br><br>  *Plaintiff*,<br><br>v.<br><br>REPRESENTATIVE VERNON JONES,<br>in his individual and official capacities,<br>  *Defendant*. | CIVIL ACTION FILE<br>NO.  1-20-cv-02147-SDG |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served via email through filing with CM/ECF a copy of Plaintiff's *Notice of Filing* upon defendant via email to his publicly listed email address at:

 vernon.jones@house.ga.gov

DATED: This the 15th day of January, 2021.

        Respectfully submitted,

        */s/ Craig Goodmark*
        Craig Goodmark
        Georgia Bar No. 301428

Goodmark Law Firm
1425A Dutch Valley Place
Atlanta, Georgia 30324
404-719-4848
cgoodmark@gmail.com