**EXHIBIT 2**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

TOMAS MIKO

*Plaintiff(s)*

v.  Civil Action No. 1:20-CV-02147-SDG

REPRESENATIVE VERNON JONES

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  REPRESENTATIVE VERNON JONES
P.O. Box 723
Lithonia, GA 30058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CRAIG GOODMARK
1425 A DUTCH VALLEY PLACE
ATLANTA, GA 30324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 7/9/2020

s/ Jordyn Dobbins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-02147-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Doyle B. Pope
was received by me on *(date)* 27 Nov 2020.

☐ I personally served the summons on the individual at *(place)* Shallowford Exchange 2558 Shallowford Rd, Atlanta GA 30345 on *(date)* 28 Nov 2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 150.00 for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date: 12 Jan 2021

/s/ Doyle B. Pope
*Server's signature*

Doyle B. Pope, Investigator
*Printed name and title*

3225 Shallowford Rd. Building 1000, Marietta GA 30062
*Server's address*

Additional information regarding attempted service, etc: