**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TOMAS MIKO,<br>*Plaintiff,*<br><br>v.<br><br>REPRESENTATIVE VERNON JONES, in his individual and official capacities,<br>*Defendant.* | CIVIL ACTION FILE<br>NO. 1-20-cv-02147-SDG |

**SECOND DECLARATION OF CRAIG GOODMARK**

Personally appeared, CRAIG GOODMARK, who, states and declares under penalty of perjury as follows:

1. My name is Craig Goodmark. I am a member of the State Bar of Georgia and an education civil rights attorney. I have been a practicing attorney in Atlanta, GA since 1999. I am legally competent to make this affidavit and have personal knowledge of the facts set forth herein.

2. **Attorney's Experience and Qualifications:**

A. Schooling. I graduated *cum laude* from the University of Florida School of Law in 1998. In law school served as president of the Association of Public Interest Lawyers, participated in various clinical programs involving public interest litigation, and worked during the summers for the American Civil Liberties Union of Georgia, the Equal Employment Opportunity Commission and

the law firm of Nelson, Hill, Lord & Beasley assisting in their general litigation practice. During law school, I interned for former Florida Speaker of the House Jon Mills supporting the state constitutional revision commission addressing the constitutional language related to education. I also worked at the Southern Legal Counsel, a public interest impact litigation group working in Gainesville, Florida.

B. Employment. In 1999, I began working for the law firm of Kramer &Thomas, the outside counsel for the Georgia Association of Educators. My focus was on education law, representing teachers and students with regards to their legal claims against public school systems in Georgia. I was co-counsel on cases in both federal and state court, and acted as lead counsel in numerous administrative hearings.

In 2000, I moved to the law firm of Zimring, Smith & Billips, a boutique law firm specializing in representation of disabled students with regards to their educational civil rights. I served as co-counsel in numerous cases in state and federal court. I have worked on a number of education and special education cases in Georgia since 1999. This includes as an associate with working on special education cases on a daily basis, and, since that time, associating and/or litigating in the administrative courts and in the federal district courts on specific special education matters.

Since 2004, I have worked and consulted with and the Atlanta Legal Aid Society as an education law attorney. In that role I managed several education law

cases for students in public schools. I supervised most cases involving public schools at ALAS and have co-counseled in all education related litigation prosecuted by ALAS. I also maintain a private practice that specializes in the education civil rights of teachers and students. I have represented both teachers and students in cases raising claims under both Federal constitutional and statutory authority. Over the past ten years I have participated in several cases that assert the civil rights of educators and students in Georgia.

Further, I have served as consulting attorney for the Office of Child Advocate and the Justice for Children Project of the Supreme Court of Georgia with regards to the educational rights of children in foster care. I have lectured in local and national training programs to attorneys and judges since 2004 on education and special education matters for civil rights cases, and I have lectured to parent groups, parent associates, and other non-lawyer professional associations on educational rights many times.

I am currently on the Board of Directors for the Atlanta Legal Aid Society. I also serve on the Board of the Council of Parent Attorneys and Advocates (COPAA), a national educational civil rights organizations that serves families and the attorneys that represent them. I have been named the Advocate of the Year by the State Bar of Georgia's Juvenile Law Committee and was distinguished as an attorney "On the Rise" by the Daily Report in 2012.

C. Current Cases of Similar Complexity. Currently, I am

representing clients with significant civil rights and First Amendment claims in state administrative proceedings and in federal court. In the past, I have handled cases comparable to the instant case insofar as I have litigated complex civil rights issues in state administrative court and in federal court. I have been both lead and co-counsel in complex federal litigation focused on the educational civil rights of students and teachers in public schools. I have been associated with counsel on several individual civil rights cases that have been resolved without litigation. Significant cases litigated either as lead or co-counsel include: *Walker County School District v. Bennett*, 203 F.3d. 1293 (11th Cir.), *cert denied*, 121 S.Ct. 670 (2000) (procedure for the trial of IDEA cases); *Loren F. ex rel Fisher v. Atlanta Ind. Sch. System*, 349 F.3d 1309 (11th Cir. 2003); *Draper v. Atlanta Indep. School Sys.,* 518 F.3d 1275, 1290 (11th Cir. 2008); *Smith v. City of Atlanta*, 2012 U.S. Dist. LEXIS 52096 (N.D. Ga. Apr. 13, 2012); *Swain v. Valdosta City Sch. Dist.*, 2013 U.S. Dist. LEXIS 16355 (M.D. Ga. Feb. 7, 2013); *D.H. v. Clayton County Sch. Dist.*, 52 F. Supp. 3d 1261 (N.D. Ga. 2014); *Hubbard v. Clayton County School Dist.*, 756 F.3d 1264 (11th Cir. 2014); *Powell v. Valdosta City Sch. Dist.*, 2014 U.S. Dist. LEXIS 157158 (M.D. Ga. Nov. 6, 2014); *Moon v. Brown*, 939 F. Supp. 2d 1329 (M.D. Ga. 2013); *Flanigan's Enters. v. City of Sandy Springs,* 831 F.3d 1342, (11th Cir. 2016); *K.B. v. Dekalb County School District,* Civil Action No. NO. 1:18-CV-5201-MHC (Decided April 29, 2019); *S.S. v. Cobb County School District*,

1:18-CV-00313 (N.D. Ga. 2018); L.E. v. Ragsdale, 1:2021-CV-04076 (N.D. Ga. 2021).

3. **Hourly Rate**. I am requesting my current hourly rate of $450.00 per hour for this case. I have billed out at similar hourly rates. This is the rate I currently charge most hourly clients as well. I believe that this rate is reasonable in light of my experience, qualifications and expertise. Plaintiffs' counsel, in writing, sought and secured consent from Defendants' counsel to this hourly rate. In the past, I have been awarded this rate by the federal court.

4. **Hours and Expenses.** The document attached hereto as Exhibit "**B**" is a true and correct compilation of the contemporaneously made time records, including time incurred since the March 2022 Order (Doc. 39), I have maintained for services performed in this case for which I ordinarily and customarily bill. Major categories of tasks for each time period are identified in the headings. These records have already been edited to reduce time entries which seem to me excessive, redundant or inefficient, and in accordance with the exercise of my prudent billing judgment, itemize the time actually spent and the tasks performed. My co-counsel and I have filed multiple social media blocking cases that has enabled us to reduce our time pleading facts and drafting necessary court papers related to the injunctive relief sought. In this case, much of the time spent focused on securing proper service of Representative Jones, and once served, researching and following the procedures for default judgments.

It is my opinion that the amounts of billable time and expenses described represent a reasonably frugal use of attorney time and expenses, in light of the issues presented in this case, its factual posture, and the results achieved.

5. **Conclusion.** I have examined the case files and the hourly time records compiled in this matter against the background of the applicable standards for determination of a reasonable attorneys' fee under 42 U.S.C. § 1988. Consistent with the "lodestar" framework for analyzing attorneys' fees claims; the information contained herein, I believe, establishes the reasonableness of the fees and expenses sought. The opinions expressed in this affidavit are made in accordance with the standards currently applied under 42 U.S.C. § 1988.

DATED: This the 12th day of February, 2024.

So declared under penalty of perjury.

FURTHER DECLARANT SAITH NOT.

*/s Craig Goodmark*

Craig Goodmark

**GLF**
1425A Dutch Valley Place
Atlanta, GA 30324
404-719-4848
www.goodmarklaw.com

Exhibit B

March 10, 2022

**Thomas Miko**
Thomas Miko

**Invoice Number: 730**
Invoice Period: 05-19-2020 - 03-10-2022

Payment Terms: Due Upon Receipt

**RE: Miko v. Jones**

## Time Details

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05-19-2020 | Final review of pleadings; prepare all for filing in USDC; file in USDC. | 3.00 | 425.00 | 1,275.00 |
| 05-28-2020 | Draft and file notice of verification. | 0.50 | 425.00 | 212.50 |
| 06-19-2020 | Confer counsel; email to Defendant re: service. | 0.50 | 425.00 | 212.50 |
| 06-25-2020 | Email to Defendant re: service; confer counsel re: personal service. | 0.30 | 425.00 | 127.50 |
| 07-09-2020 | Review signed summons; email to process server re: same. | 0.70 | 425.00 | 297.50 |
| 10-13-2020 | Confer counsel re: show cause order; call from client re: PI services. | 0.40 | 425.00 | 170.00 |
| 10-16-2020 | Draft motion for extension to serve; show cause response; draft affidavits. | 3.00 | 425.00 | 1,275.00 |
| 10-19-2020 | Draft affidavits; draft motion/order; confer counsel; research timelines and Rule 4; edit and send to counsel. | 4.30 | 425.00 | 1,827.50 |
| 10-29-2020 | Call/email from client re: service; follow up counsel. | 0.60 | 425.00 | 255.00 |
| 11-13-2020 | Call from client; review email; call to counsel. | 0.40 | 425.00 | 170.00 |
| 11-17-2020 | Call with process server; prepare email re: service on D's; follow up client. | 0.80 | 425.00 | 340.00 |
| 11-18-2020 | Email from client re: PI contract; email reply re: same. | 0.50 | 425.00 | 212.50 |
| 11-25-2020 | Email/call from client; call to PI re: service; email follow up. | 1.00 | 425.00 | 425.00 |
| 11-30-2020 | Call PI re: service; confer client; prepare motion for extension; confer counsel, edit and finalize. File motion. | 2.50 | 425.00 | 1,062.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12-01-2020 | Confer client; counsel re: service; follow up with process server re: picture/video. | 0.70 | 425.00 | 297.50 |
| 01-12-2021 | T/C with process server; draft, edit affidavit, email to supervisor for summons, confer counsel; update affidavit and send to process server. | 1.80 | 425.00 | 765.00 |
| 01-13-2021 | Edit declaration; email to declarant; begin notice. | 0.60 | 425.00 | 255.00 |
| 01-15-2021 | Draft notice of filing; review all exhibits; email to counsel re: same. Edit and finalize notice, declaration; file and serve. Email to client, counsel re: same. | 3.30 | 425.00 | 1,402.50 |
| 02-17-2021 | Confer counsel re: email to court; drafting default; review samples, email to GW re: same. | 0.70 | 425.00 | 297.50 |
| 03-15-2021 | ORR to GA re: insurance for legislators. | 0.50 | 425.00 | 212.50 |
| 03-16-2021 | Email from State re: ORR; send ORR to DOAS. | 0.50 | 425.00 | 212.50 |
| 03-23-2021 | Edit default; email to counsel. | 0.50 | 425.00 | 212.50 |
| 04-01-2021 | Prepare fee affidavit; email to counsel re: same; edit and update filing. | 1.40 | 425.00 | 595.00 |
| 04-02-2021 | Finalize all papers, prepare to file, confer counsel; file default and supporting docs. | 2.00 | 425.00 | 850.00 |
| 04-07-2021 | Serve default on AG's office. | 0.40 | 425.00 | 170.00 |
| 06-28-2021 | Review Default Judgment; confer counsel re: D's assets. | 0.50 | 425.00 | 212.50 |
| 02-18-2022 | Call from counsel; review order on default; being prepare service docs. | 0.80 | 425.00 | 340.00 |
| 02-22-2022 | Call to process server; draft cvr letter to D re: Order; draft declaration re: order; prepare service docs; mail order to last known address. | 1.50 | 425.00 | 637.50 |
| 02-23-2022 | Update declaration and notice; finalize and file; email from/to USDC re: hearing. | 1.00 | 425.00 | 425.00 |
| 03-08-2022 | Draft, edit, and finalize notice of filing; file. | 1.00 | 425.00 | 425.00 |
| 03-09-2022 | Confer counsel; research filing issue; begin prepare questions for hearing; meeting with client. | 1.50 | 425.00 | 637.50 |
| 03-10-2022 | Update affidavit; review and edit hearing brief; prepare for filing. | 0.80 | 425.00 | 340.00 |
| | | **Total** | | 16,150.00 |

| Timekeeper | Hours | Amount |
|---|---|---|
| Craig Goodmark | 38.00 | 16,150.00 |
| **Total** | | 16,150.00 |

**Expenses**

| Date | Expense | Description | Amount |
|---|---|---|---|
| 07-17-2020 | None | Service Fee. | 115.00 |
| 08-21-2020 | None | Service Fee | 100.00 |
| 11-27-2020 | None | Cost of service with private investigator paid by client ($900) | No Charge |
| | | **Total Expenses** | 215.00 |
| | | **Total for this Invoice** | 16,365.00 |

# Time Incurred Since March 10, 2022

**GLF**
1425A Dutch Valley Place
Atlanta, GA 30324
404-719-4848
www.goodmarklaw.com

February 12, 2024

**Thomas Miko**
Thomas Miko

**Invoice Number: 845**
Invoice Period: 03-11-2022 - 02-12-2024

Payment Terms: Due Upon Receipt

**RE: Miko v. Jones**

## Time Details

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03-11-2022 | Finalize all pleadings, draft and edit Miko declaration; file and serve. | 1.50 | 450.00 | 675.00 |
| 03-14-2022 | Hearing prep; review materials; prep witness; call with GW; appear at damages hearing. | 1.50 | 450.00 | 675.00 |
| 09-28-2022 | Email to clerk re: timing of order. | 0.20 | 450.00 | 90.00 |
| 01-17-2023 | Review order; confer counsel; follow up re: collections. | 1.00 | 450.00 | 450.00 |
| 01-27-2023 | Review notice of appearance; Rule 60 b motion. | 0.30 | 450.00 | 135.00 |
| 02-01-2023 | Draft post judgment interrogatories; begin draft R. 60 response. Call from client re: update and next steps. | 3.00 | 450.00 | 1,350.00 |
| 02-02-2023 | Finalize discovery and file. | 0.80 | 450.00 | 360.00 |
| 02-02-2023 | Research Rule 60b and evading service. | 1.00 | 450.00 | 450.00 |
| 02-06-2023 | Continue research and draft response to R.60b | 4.50 | 450.00 | 2,025.00 |
| 02-07-2023 | Research Rule 60b motion; confer counsel re: same; continue draft fact section. | 1.80 | 450.00 | 810.00 |
| 02-08-2023 | Complete draft of response; send to counsel for edit. | 2.50 | 450.00 | 1,125.00 |
| 02-10-2023 | Finalize all exhibits/drafts; file response to motion. | 1.50 | 450.00 | 675.00 |
| 02-15-2023 | Review email from clerk, OC; email reply to court re: hearing. | 0.40 | 450.00 | 180.00 |
| 02-16-2023 | Confer counsel on hearing prep; review affidavits, call to witness Pope re: attendance; begin compiling service exhibits; confer counsel re: same; email to OC re: lifting stay. | 1.80 | 450.00 | 810.00 |
| 02-17-2023 | Email from OC re: lifting stay, confer counsel re: same; email to clerk re: hearing format. | 0.40 | 450.00 | 180.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02-21-2023 | Continue prepare for Rule 60 hearing; confer counsel re: residences; research tax records for hearing; begin prepare exhibits. Update cross outline. | 1.70 | 450.00 | 765.00 |
| 02-22-2023 | Review order from J. Grimberg re: hearing; confer counsel re: hearing prep; call/text witness. | 0.80 | 450.00 | 360.00 |
| 02-24-2023 | Hearing prep; meeting with counsel re: same. | 2.50 | 450.00 | 1,125.00 |
| 02-27-2023 | Edit supplemental brief; prepare exhibits for hearing; confer counsel re: same. | 1.60 | 450.00 | 720.00 |
| 03-02-2023 | Final prep for hearing; appear at hearing; follow up counsel. | 3.00 | 450.00 | 1,350.00 |
| 03-08-2023 | Call with client re: next steps and possible appeal. | 0.60 | 450.00 | 270.00 |
| 03-15-2023 | Review email from OC re: mediation; confer counsel re: response to invite to mediate. Review notice of appeal. | 0.90 | 450.00 | 405.00 |
| 03-17-2023 | Review docket entry on NOA; confer client, counsel re: same and possibility of settlement. | 0.60 | 450.00 | 270.00 |
| 03-31-2023 | Review discovery responses; docketing with Court. | 0.70 | 450.00 | 315.00 |
| 04-14-2023 | Call from client; draft email to mediator re: conflict; follow up. | 0.60 | 450.00 | 270.00 |
| 04-17-2023 | Email to/from OC re: mediation reset; follow up mediator. | 0.80 | 450.00 | 360.00 |
| 04-27-2023 | Draft mediation statement. | 1.50 | 450.00 | 675.00 |
| 05-10-2023 | Mediation prep, email to OC re: fees, email to client, follow up counsel. | 0.50 | 450.00 | 225.00 |
| 05-11-2023 | Prepare for and attend mediation at the 11th Cir. | 3.50 | 450.00 | 1,575.00 |
| 05-30-2023 | Review protective order; edit, confer counsel, respond to OC re: same. | 0.80 | 450.00 | 360.00 |
| 06-06-2023 | Review appellant brief; email to OC re: same. | 0.60 | 450.00 | 270.00 |
| 06-07-2023 | Call to 11th Cir. re: extension; continue review Appellant brief; confer counsel re: brief tasks. | 1.00 | 450.00 | 450.00 |
| 06-28-2023 | Outline and begin draft facts; review appendix for citations; continue drafting. | 5.00 | 450.00 | 2,250.00 |
| 06-29-2023 | Continue draft/edit facts section; review and adopt GW edits | 1.50 | 450.00 | 675.00 |
| 06-30-2023 | Continue drafting fact section. | 1.00 | 450.00 | 450.00 |
| 07-05-2023 | Continue draft and edit facts; review appendix for docs, begin review hearing transcript. | 1.80 | 450.00 | 810.00 |
| 07-06-2023 | Continue drafting facts; complete transcript review, edit. | 1.50 | 450.00 | 675.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07-07-2023 | Complete drafting fact section; begin edits; send to GW. | 1.00 | 450.00 | 450.00 |
| 07-18-2023 | Continue draft and edit SoF; confer GW re: residence/service facts; internet research re: service location; email to client re: SoF draft. | 3.50 | 450.00 | 1,575.00 |
| 07-19-2023 | Continue edit SoF; merge with argument; draft procedural sections. | 3.00 | 450.00 | 1,350.00 |
| 07-21-2023 | Continue edit brief. | 1.40 | 450.00 | 630.00 |
| 07-25-2023 | Continue edit brief; edit citations, review GW comments, update brief. | 4.00 | 450.00 | 1,800.00 |
| 07-31-2023 | Finalize brief for filing. Send to GW. | 5.00 | 450.00 | 2,250.00 |
| 08-04-2023 | Finalize and file 11th Cir. brief; confer printer and courier; review notice from court re: word count; refile. | 1.50 | 450.00 | 675.00 |
| 09-07-2023 | Review order from 11th Cir.; confer counsel/client re: outcome, research fee issue. | 1.00 | 450.00 | 450.00 |
| 09-08-2023 | Draft and edit motion; email to OC re: consent; follow up. File motion in 11th Cir. | 1.30 | 450.00 | 585.00 |
| 10-17-2023 | Draft response to offer to settle; confer GW; edit and send. | 0.50 | 450.00 | 225.00 |
| 02-01-2024 | Review order from DC; confer counsel re: petition. | 0.30 | 450.00 | 135.00 |
| 02-08-2024 | Draft expert affidavit, discuss with expert; confer counsel. | 1.40 | 450.00 | 630.00 |
| 02-12-2024 | Follow up expert affidavit; edit brief; complete all attachments and prepare for filing. | 3.50 | 450.00 | 1,575.00 |
| | | **Total** | | 36,945.00 |

| Timekeeper | Hours | Amount |
|---|---|---|
| Craig Goodmark | 82.10 | 36,945.00 |
| **Total** | | 36,945.00 |

## Expenses

| Date | Expense | Description | Amount |
|---|---|---|---|
| 08-10-2023 | None | Print and file briefs, appendix with 11th Cir. | 312.13 |
| | | **Total Expenses** | 312.13 |

**Total for this Invoice** 37,257.13

Pay by **clicking here** or by scanning the QR code

We appreciate your business