IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMAS MIKO,<br>    Plaintiff,<br><br>          v.<br><br>REPRESENTATIVE VERNON JONES, *in his individual and official capacities*,<br>    Defendant. | Civil Action No.<br>1:20-cv-02147-SDG |

## AMENDED JUDGMENT

On February 17, 2022, the Court granted default judgment as to liability for Plaintiff Tomas Miko against Defendant Vernon Jones on Miko's 42 U.S.C. § 1983 claim, deferring ruling on damages [ECF 29]. On January 17, 2023, the Court entered judgment against Jones for $8,000 in damages and $37,652 in costs and fees [ECF 38]. Subsequently, the Court denied Jones's motions for post-judgment relief [ECFs 58, 74] and Jones's appeal was dismissed [ECF 67]. In a separate order entered today, the Court ruled that Miko was entitled to $82,895.63 in supplemental attorneys' fees and costs for post-judgment litigation.

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Clerk of Court enter an amended judgment in favor of Plaintiff Miko in the amount of **$128,547.63**. This case shall remain closed.

**SO ORDERED** this 26th day of September, 2024.

_____
Steven D. Grimberg
United States District Judge